# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1913
_____

RANDY RALPH HOLLEY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Y. Gay, Judge.

March 6, 2026

PER CURIAM.

    AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randy Ralph Holley, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.